**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ROBERT DEREK LURCH, JR.,

                Plaintiff,

   -against-                                   20 **CIVIL** 2312 (PMH)

                                                     **JUDGMENT**

MARGARET BERRY, Nurse,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 17, 2021, Defendant's motion for summary judgment is granted and Plaintiff's Amended Complaint is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      August 18, 2021

                                                     **RUBY J. KRAJICK**

                                                       **Clerk of Court**
                                   **BY:**

                                                       **Deputy Clerk**